SHOTWELL *against* DANIELS.

HARRIS moved for a rule against the judges of the court of common pleas, or mayor's court, of the city of *New-York*, to show cause why an attachment should not issue against them, for not making a return to a *habeas corpus*, issued to remove a cause from that court into this court.

The declaration in the court below contained but one count, on a promissory note, dated the 19th of *September*, 1810, drawn by the defendant for 208 dollars and 56 cents, payable six months after date, and concluded with demanding damages to 300 dollars. The cause was noticed for trial, in the court below, on the third *Monday* of *July* last; and on the first day of the court, before the calling of this or any other cause, the defendant's counsel moved for leave to file a *habeas corpus* to remove the cause, which had been duly allowed by the recorder on the 15th of *July*, pursuant to the statute; and leave being granted, the writ was filed in open court with the clerk. The next day the plaintiff moved to bring on the cause to trial, and the recorder, the presiding judge of the court, permitted the plaintiff to proceed and take a verdict against the defendant.

*Per Curiam.* The act (sess. 24. c. 13.) says, that no personal action depending in any mayor's court, &c. where the sum mentioned in the condition of the bond or specialty with interest, or the matter or thing in demand, shall not exceed 250 dollars, shall, before judgment, be stayed or removed, &c. It appears from the face of the declaration, that the demand of the plaintiff was certain, and that he could not, in any event, recover the sum of 250 dollars. The court below were, therefore, right in

*Margin note:* Where it appeared from the face of the plaintiff's declaration in the court of common pleas, that the demand was certain, so that he could not, in any event, recover 250 dollars, tho' the damages demanded in the conclusion of the declaration were 300 dollars, and the court proceeded in the cause, notwithstanding the defendant had filed in open court a *habeas corpus* to remove the cause, which had been duly allowed; this court refused to grant an attachment against the judges of the court of common pleas, for not obeying the writ. But where the demand appears to be uncertain, so that the plaintiff might recover above 250 dollars, the writ must be obeyed and returned.

disregarding the writ of *habeas corpus;* but, in ordinary cases, where, upon the face of the declaration, the sum in demand is uncertain, and might exceed the sum of 250 dollars, the amount stated in the conclusion must be considered as the test of the plaintiff's demand, and the *habeas corpus* ought to be returned.

Rule refused.